1  PHILIP A. TALBERT
   Acting United States Attorney
2  DANIEL J. GRIFFIN
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

FILED

NOV -3 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
          DEPUTY CLERK

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )  CASE NO. 1:16-mj-143 BAM
                                    )
10            Plaintiff,            )  MOTION AND ORDER
                                    )  TO UNSEAL ~~INDICTMENT~~ *Complaint*
11                                  )
              v.                    )
12                                  )
   JESUS VELAZQUEZ                  )
13                                  )
              Defendants.           )
14  _____)

15

16      The Complaint in this case, having been sealed by Order of the

17  Court, and it appears that it no longer need remain secret,

18      The United States of America, by and through Philip A. Talbert,

19  Acting United States Attorney, and Kimberly A. Sanchez and

20  Christopher D. Baker, Assistant United States Attorneys, hereby moves

21  that the Complaint in this case be unsealed and made public record.

22  Dated:  November 3, 2016              PHILIP A. TALBERT
                                          ACTING UNITED STATES ATTORNEY
23

24                                        BY:  /s/ Kimberly A. Sanchez
                                               KIMBERLY A. SANCHEZ
25                                             Assistant U.S. Attorney

26      **IT IS SO ORDERED.**

27  DATED: November _3_, 2016
                                          Honorable BARBARA A. McAULIFFE
28                                        U.S. MAGISTRATE JUDGE