| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR GONZALEZ VEGA,<br><br>Defendant. | Case No. 1:16-CR-00169-DAD-BAM<br><br>**ORDER SETTING DISCOVERY CUT-OFF** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLIE STEVENSON and DARIAN HATCHER,<br><br>Defendants. | Case No. 1:16-CR-00170-DAD-BAM |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAR JOHNSON,<br><br>Defendant. | Case No. 1:16-CR-00172-DAD-BAM |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v. | Case No. 1:16-CR-00173-DAD-BAM |

| | |
|---|---|
| KHALIF CAMPBELL, et al.,<br><br>    Defendants. | |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY THOMAS and DEVONE JOHNSON,<br>    Defendants. | Case No. 1:16-CR-00174-DAD-BAM |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DIONNE SINGLETON,<br><br>    Defendant. | Case No. 1:16-CR-00175-DAD-BAM |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEJOHN WILEY, et al.,<br><br>    Defendants. | Case No. 1:16-CR-00176-DAD-BAM |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT GONZALEZ, et al.,<br><br>    Defendants. | Case No. 1:16-CR-00187-BAM-DAD |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v. | Case No. 1:16-CR-00188-DAD-BAM |

| | |
|---|---|
| ANTHONY RAMIREZ, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00189-DAD-BAM |
| Plaintiff, | |
| v. | |
| JESUS VELAZQUEZ-JUAREZ, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00190-DAD-BAM |
| Plaintiff, | |
| v. | |
| RASHAD HALFORD AND STEPHEN HILL, | |
| Defendants. | |

These matters came on for hearing on October 11, 2017, following the Court setting a briefing schedule, to determine whether a discovery cut-off date should be set in the above cases for disclosure of discovery by the Government. The parties and counsel are familiar with the facts and procedure in these cases and the reason for the request by all defense counsel that a discovery cut-off date be set.

Pursuant to the briefing schedule, the Government filed its Brief Regarding the Establishment of a Discovery Cut-off Date in each of the above cases. Defendant Chris Wiley, Case No. 16-176, and Defendant Khalif Campbell, Case No. 16-173, opposed the Government's request that a discovery cut-off date not be set. The Court heard oral argument on October 11, 2017 from counsel for the Government, Christopher Baker and Kimberly Sanchez, and from counsel for Chris Wiley, W. Scott Quinlan. Having considered the moving, opposition and reply papers, as well as the arguments of counsel and the entire record, the Court rules as follows.

/////

**Discovery Cut-off Date**

All discovery by the Government shall be disclosed no later than **60 days before the initial trial date in the case.** "Disclosure" means either production or making available to counsel. This discovery cut-off date does not apply to discovery of Jencks Act or impeachment of witness material.

**Other Requests for Relief**

In opposition to the Government's brief, defendant Wiley and Campbell requested other forms of relief and sanctions. For the reasons stated on the Record, these requests are DENIED.

IT IS SO ORDERED.

Dated: **October 12, 2017**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE