Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400

Attorneys for Defendant Jesus Velazquez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JESUS ROBERTO VELAZQUEZ-JUAREZ<br><br>      Defendant. | Case No. 1:16-cr-00189-DAD-BAM<br><br>STIPULATION TO RELEASE VEHICLE TITLES TO DEFENDANT'S RELATIVES; ORDER |

  WHEREAS property was pledged and deposited in support of the defendant's May 22, 2017 Appearance and Compliance Bond (DN 41), specifically the following vehicle titles:

  2007 Chevy Silverado Vehicle ID 1GCEC19V67Z118657 (Owner Gerardo Velazquez Juarez)

  2007 BMW Vehicle ID WBXPC93457WF18465 (Owner Jenievive Selina J. Madrigal)

  2004 BMW Vehicle ID WBANA73534B064060 (Owner Carlos Velazquez); and

  WHEREAS the defendant's case is concluded, and he is currently in the custody of the Bureau of Prisons serving his sentence; and

  WHEREAS there is no reason for the continuing maintenance of the above deposits of the defendant's siblings' and supporter's vehicle titles,

  IT IS HEREBY STIPULATED that the Clerk of Court may return the above-identified vehicle titles to their named owners. A representative of The Law Office of Kevin G. Little is authorized to receive the subject vehicle title documents for the purpose of returning them to

their above-named owners.

SO STIPULATED.

Respectfully submitted,

Dated: July 24, 2019    McGREGOR W. SCOTT
United States Attorney

/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: July 24, 2019    LAW OFFICE OF KEVIN G. LITTLE

/s/ Kevin Little
KEVIN LITTLE
Attorney for Defendant

**ORDER**

The Court finds good cause to accept the parties' stipulation and orders as follows:

The Clerk of Court may return the above-identified vehicle titles to their named owners. A representative of The Law Office of Kevin G. Little is authorized to receive the subject vehicle title documents for the purpose of returning them to their above-named owners.

IT IS SO ORDERED.

Dated: **July 25, 2019**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER

-2-